JS-6

| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 222020) |
| 2 | 10645 North Tatum Blvd., Suite 200-192 |
|   | Phoenix, AZ 85028 |
| 3 | Telephone: (480) 247-9644 |
| 4 | Facsimile: (480) 717-4781 |
|   | E-mail: tkent@lemberglaw.com |
| 5 | |
| 6 | Of Counsel to |
|   | Lemberg Law, LLC |
| 7 | A Connecticut Law Firm |
| 8 | 43 Danbury Road |
|   | Wilton, CT 06897 |
| 9 | Telephone: (480) 247-9644 |
| 10 | Facsimile: (203) 653-3424 |
| 11 | |
|   | Attorneys for Plaintiff, |
| 12 | Ian Straka |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Ian Straka, | Case No.: 5:15-cv-01836-VAP-SP |
| Plaintiff, | **[PROPOSED]** ORDER |
| vs. | |
| West Asset Management, Inc., | |
| Defendant. | |

PROPOSED ORDER

1
2      Based on the Stipulation of counsel, the case is dismissed with prejudice, each
3 party to bear its own attorney fees and costs.
4
5 Date: March 17, 2016       *[signature: Virginia A. Phillips]*
                                             _____
6                                     Honorable Virginia A. Phillips
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28